IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Butz,                      Case No. 3:21-cv-684-JGC

        Plaintiff,
    v.                                       **ORDER**

Sanoh America, Inc.,

        Defendant.

For the reasons stated in the (Doc. 13) order issued contemporaneously herewith, it is

ORDERED THAT:

Plaintiffs' motion for remand be, and the same hereby is granted.

So ordered.

                                                        /s/ James G. Carr
                                                        Sr. U.S. District Judge